```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

-against-

CACAO MARKET BY MARIEBELLE, LLC and
59 WOOSTER ST. CORP.,

                Defendants.

1:23-cv-4011 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for November 22, 2023 is rescheduled to **November 17, 2023 at 11:00 AM**.  The conference will be held via Microsoft Teams. The parties should dial (646) 453-4442 and use Conference ID: 327 832 719#.  Any request for an adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date:  **October 3, 2023**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**