USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

                Plaintiff,

-against-

CACAO MARKET BY MARIEBELLE, LLC and
59 WOOSTER ST. CORP.,

                Defendants.

1:23-cv-4011 (MKV)

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letter regarding their mediation status, advising the Court that the parties have a mediation scheduled for December 11, 2023. [ECF No. 21]. Accordingly, IT IS HEREBY ORDERED that within three days of the mediation, the parties shall file a Joint Letter on the docket, advising the Court of the status, but not the substance, of the mediation and any settlement discussions.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.  **Failure to comply with the Court's orders may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

Date: November 21, 2023
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**